**DORSAY & EASTON, LLP**
ATTORNEYS AT LAW
1737 NE ALBERTA ST
SUITE 208
PORTLAND, OREGON 97211-5890

Craig J. Dorsay
Lea Ann Easton

Kathleen Gargan
Corin La Pointe-Aitchison

October 10, 2024

Honorable Judge Amy Baggio
United States District Court, District of Oregon
1000 SW Third Ave, Room 1427
Portland, OR 97204

    Re:    *Confederated Tribes of Siletz Indians of Oregon and United States of America v. State of Oregon*, United States District Court, District of Oregon, Civ. No. 80-433

Dear Honorable Judge Baggio:

    I am the attorney for the Confederated Tribes of Siletz Indians ("Siletz Tribe"), Plaintiff in the case of *Confederated Tribes of Siletz Indians of Oregon and United States of America v. State of Oregon*, United States District Court, District of Oregon, Civ. No. 80-433. I am submitting this letter jointly on behalf of the Siletz Tribe and the other parties in that proceeding, the State of Oregon and the United States of America. Counsel for both governments have reviewed this letter and approved it as to form.

    In the above-entitled case, Judge James M. Burns entered a Final Decree and Order on May 2, 1980. I attach a copy of that Final Decree and Order for your reference.

    The parties to this case have filed a joint motion to vacate the 1980 final decree and order, based on Fed. R. Civ. Proc. 60(b) and on Paragraph 4 of the 1980 Final Decree and Order, which maintained the continuing jurisdiction of the Court for matters arising under the "Agreement" referenced in Paragraph 1 of the Final Decree and Order. The Joint Motion includes a section detailing the background/history of the case and the legal authority supporting the parties' motion.

    Please let us know if the Court has any questions about the submitted motion and if the parties can provide any additional information. Thank you for your attention to this matter.

                                                 Sincerely,
                                               DORSAY & EASTON LLP

                                               Craig J. Dorsay
                                               craig@dorsayindianlaw.com

cc:    Deanna Chang, Attorney, Oregon Department of Justice
        Tim Simmons, Attorney, United States Department of Justice
        Siletz Tribal Council

Telephone: (503)790-9060; Cell: (503) 939-8022; Email: craig@dorsayindianlaw.com

RECEIVED
MAY 2 1980
CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON

U. S. DISTRICT COURT
DISTRICT OF OREGON
FILED
MAY 2 1980

, CLERK
BWW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE CONFEDERATED TRIBES OF SILETZ INDIANS OF OREGON,<br><br>               Plaintiff,<br><br>    and<br><br>UNITED STATES OF AMERICA,<br><br>              Intervenor-Plaintiff,<br><br>    v.<br><br>STATE OF OREGON,<br><br>              Defendant. | CIVIL NO. 80-433<br><br>FINAL DECREE & ORDER |

    Based on the Findings of Fact and Conclusions of Law herein, entered this date, it is HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

    1.  The Agreement Among the State of Oregon, the United States of America and the Confederated Tribes of the Siletz Indians of Oregon to Permanently Define Tribal Hunting, Fishing, Trapping and Gathering Rights of the Siletz Tribe and Its Members dated April 22, 1980, a copy of which is attached hereto as Attachment A and hereby made a part of this Decree, is hereby approved as a final settlement of the claims and contentions of the Confederated Tribes of Siletz Indians of Oregon and of the United States of America as trustee for said Tribe and its members raised in the complaints filed herein, and the terms and conditions of said Agreement are hereby adtoped as the Order of this court in this cause.

Form OBD-183
12-8-76 DOJ

Indian Resources Sec.
MAY 05 1980

2. The State of Oregon, the Oregon Department of Fish and Wildlife, the Department of Justice of the State of Oregon, the Oregon State Police, any successor agencies or officials of the State of Oregon to said agencies and their officers, agents, servants, employees, attorneys and any person acting under their authority and direction are hereby permanently ordered and enjoined to carry out all obligations agreed to on behalf of the State of Oregon and said agencies in said Agreement.

3. The Confederated Tribes of Siletz Indians of Oregon, any successor entity thereto, their members, and the United States of America as trustee for the Confederated Tribes of Siletz Indians of Oregon and its members, any officer, agent, servant, employee, or attorney of either thereof, and any persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise are hereby permanently enjoined from asserting or prosecuting any claim for tribal hunting, fishing, trapping or gathering rights of said Tribe or its members other than as such rights are specified and limited by the terms and provisions of said Agreement.

4. Nothing in this Order shall prevent any party hereto or any successor to such party from bringing any action necessary to enforce or secure the observance of the provisions of said Agreement.

PAGE 2 - FINAL DECREE & ORDER

Form OBD-183
12-8-76 DOJ

5. Each party shall bear its own costs in this action.

DATED this **2nd** day of **May**, 1980.

*James M Burns*
JAMES M. BURNS
United States District Judge

PRESENTED BY:

*Sharon Gordon*
SHARON GORDON
Attorney for the Confederated Tribes
of Siletz Indians of Oregon

*George D. Dysart*
GEORGE D. DYSART, Attorney for
United States of America

*Beverly B Hall*
BEVERLY B. HALL
Assistant Attorney General
Attorney for State of Oregon

PAGE 3 - FINAL DECREE & ORDER