IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE CONFEDERATED TRIBES OF SILETZ INDIANS OF OREGON, | ) ) |
| Plaintiff, | ) Civil No. 80-433 |
| and | ) NOTICE OF APPEARANCE ) |
| UNITED STATES OF AMERICA, | ) |
| Intervenor-Plaintiff | ) |
| v. | ) ) |
| STATE OF OREGON, | ) |
| Defendant. | ) ) |

PLEASE TAKE NOTICE that Lea Ann Easton and Craig J. Dorsay hereby appear as counsel of record for The Confederated Tribes of Siletz Indians in the above-mentioned case. All further pleadings and notices should be sent to our office at the below email and address.

Submitted this  1st  day of November 2024.

By: *s/ Craig J. Dorsay*

Craig J. Dorsay, OSB #79013
craig@dorsayindianlaw.com
Lea Ann Easton, OSB #881413
Leaston@dorsayindianlaw.com
Dorsay & Easton LLP
Suite 208, 1737 NE Alberta
Portland, OR 97211
(503) 790-9060

Page 1 – NOTICE OF APPEARANCE

CERTIFICATE OF SERVICE

I certify that on November 1, 2024, I served or caused to be served a true copy of Notice of Appearance on:

Tim Simmons
Tim.simmons@usdoj.gov

Deanna Chang,
deanna.j.chang@doj.oregon.gov

Kim Eun Sook
Eunsook.kim@doj.oregon.gov

Dated this 1st day of November 2024.

DORSAY & EASTON LLP

/s/ Craig Dorsay
Craig Dorsay, OSB #790315
craig@dorsayindianlaw.com

Page 2 – NOTICE OF APPEARANCE