UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CONFEDERATED TRIBES OF SILETZ INDIANS OF OREGON, | Case No. 3:80-cv-00433-AB |
| Plaintiffs | **ORDER VACATING FINAL DECREE AND ORDER** |
| v. | |
| UNITED STATES OF AMERICA | |
| Intervenor Plaintiff, | |
| v. | |
| STATE OF OREGON, | |
| Defendant. | |

**BAGGIO, District Judge**

Good cause having been shown under Fed. R. Civ. P. 60(b)(5) and (60)(b)(6), the Court GRANTS the parties' Joint Stipulated Motion to Vacate Final Decree & Order, [ECF 1].

1-ORDER

Accordingly, this Order VACATES the final agreement among the State of Oregon, the United States of America, and the Confederated Tribes of the Siletz Indians to permanently define Tribal Hunting, Fishing, Trapping, and Gathering Rights of the Siletz Tribe and its Members dated April 22, 1980, as the final settlement of any or all of the Siletz Tribe's legal claims to hunting, fishing, trapping or gathering rights under federal law, as set out in the Consent Decree and in the 1980 Siletz Reservation Act. This Order does not affect the 1980 Agreement as currently set out in Oregon Regulations at OAR 635-041-0600. The Oregon Fish and Wildlife Commission shall take separate action under Oregon state law to rescind the 1980 Agreement as a state regulation.

DATED: October 30th, 2024.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2-ORDER